James P. Walsh, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6289
Tel.: (609) 919.6600
Fax: (609) 919.6701

Troy S. Brown
Thomas B. Kenworthy
  (*Pro Hac Vice* Application To Be Filed)
Kenneth L. Racowski
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
215.963.5000

*Attorneys for Defendants Zimmer, Inc., Zimmer US, Inc., Zimmer Spine, Inc., and Christopher Giebelhaus*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HOWMEDICA OSTEONICS CORP.**, a subsidiary of **STRYKER CORPORATION**, a New Jersey Corporation.<br><br>Plaintiff<br><br>v.<br><br>**ZIMMER, INC.**, a Delaware corporation; **ZIMMER US, INC.**, a Delaware corporation; **ZIMMER SPINE, INC.**, a Delaware corporation; **PAUL GRAVELINE**, an individual; **CHRISTOPHER GIEBELHAUS**, an individual; **CHRISTOPHER LOUGHRAN**, an individual; **RYAN LIVELY**, an individual; **RYAN HERMANSKY**, an individual; **ZACH HILTON**, an individual; **THOMAS FALLON**, an individual; **RUBEN BURCIAGA**, an individual; **ALEX POULEMANOS**, an individual; and **BRIAN ROWAN**, an individual.<br><br>Defendants | CIVIL ACTION<br><br>NO.:  11-1857 (KSH)<br><br>**CERTAIN DEFENDANTS' EMERGENCY MOTION TO VACATE OR DISSOLVE THE INJUNCTION AND RESTRAINT OF CONDUCT SET FORTH IN PARAGRAPH F OF THE COURT'S APRIL 1, 2011 ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS**<br><br>**ORAL ARGUMENT REQUESTED** |

      Defendants Zimmer, Inc., Zimmer US, Inc., Zimmer Spine, Inc. and Christopher Giebelhaus (collectively, "Moving Defendants"), by and through their undersigned attorneys, respectfully move this Court to vacate or dissolve the injunction and restraint on the conduct set forth in Paragraph F of the Court's April 1, 2011 Order to Show Cause with Temporary Restraints (the "TRO").  For the reasons more fully set forth in the accompanying memorandum of law and as supported by the declaration attached thereto, Moving Defendants respectfully request that this Court grant their Emergency Motion to Vacate or Dissolve the Injunction and Restraint of the Conduct Set Forth in Paragraph F of the Court's April 1, 2011 Order to Show Cause with Temporary Restraints.

                                                  Respectfully submitted,

                                                  **MORGAN, LEWIS & BOCKIUS LLP**

Date:  April 4, 2011                         /s/ James P. Walsh, Jr._____
                                               James P. Walsh, Jr.
                                               502 Carnegie Center
                                               Princeton, NJ 08540-6289
                                               Tel.: (609) 919.6600
                                               Fax: (609) 919.6701

                                               Troy S. Brown
                                               Thomas B. Kenworthy
                                                  (*Pro Hac Vice* Application To Be Filed)
                                               Kenneth L. Racowski
                                               1701 Market Street
                                               Philadelphia, PA 19103
                                               215.963.5000

                                               *Attorneys for Defendants*
                                               *Zimmer, Inc., Zimmer US,*
                                               *Inc., Zimmer Spine, Inc., and*
                                               *Christopher Giebelhaus*