James P. Walsh, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6289
Tel.: (609) 919.6600
Fax: (609) 919.6701

Troy S. Brown
Thomas B. Kenworthy
  (*Pro Hac Vice* Application To Be Filed)
Kenneth L. Racowski
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
215.963.5000

*Attorneys for Defendants Zimmer, Inc., Zimmer US, Inc., Zimmer Spine, Inc., Christopher Giebelhaus, and Paul Graveline*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HOWMEDICA OSTEONICS CORP.**, a subsidiary of **STRYKER CORPORATION**, a New Jersey Corporation.<br><br>Plaintiff<br><br>v.<br><br>**ZIMMER, INC.**, a Delaware corporation; **ZIMMER US, INC.**, a Delaware corporation; **ZIMMER SPINE, INC.**, a Delaware corporation; **PAUL GRAVELINE**, an individual; **CHRISTOPHER GIEBELHAUS**, an individual; **CHRISTOPHER LOUGHRAN**, an individual; **RYAN LIVELY**, an individual; **RYAN HERMANSKY**, an individual; **ZACH HILTON**, an individual; **THOMAS FALLON**, an individual; **RUBEN BURCIAGA**, an individual; **ALEX POULEMANOS**, an individual; and **BRIAN ROWAN**, an individual.<br><br>Defendants | CIVIL ACTION<br><br>NO.:  11-1857 (KSH)<br><br>**NOTICE OF APPEARANCE** |

Kindly enter the appearance of James P. Walsh, Jr. of Morgan, Lewis & Bockius LLP as counsel to Defendant Paul Graveline.

                                              Respectfully submitted,

                                              **MORGAN, LEWIS & BOCKIUS LLP**

Date:  April 6, 2011                   /s/ James P. Walsh, Jr._____
                                              James P. Walsh, Jr.
                                              502 Carnegie Center
                                              Princeton, NJ 08540-6289
                                              Tel.: (609) 919.6600
                                              Fax: (609) 919.6701

                                              Troy S. Brown
                                              Thomas B. Kenworthy
                                                 (*Pro Hac Vice* Application To Be Filed)
                                              Kenneth L. Racowski
                                              1701 Market Street
                                              Philadelphia, PA 19103
                                              215.963.5000

                                              *Attorneys for Defendants*
                                              *Zimmer, Inc., Zimmer US,*
                                              *Inc., Zimmer Spine, Inc.,*
                                              *Christopher Giebelhaus,*
                                              *and Paul Graveline*