Thomas F. Doherty
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel.: (973) 622-4444

Michael S. Elvin (Admitted *Pro Hac Vice*)
Heather J. Macklin (Admitted *Pro Hac Vice*)
Andrew M. Spangler (Admitted *Pro Hac Vice*)
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 West Madison, Suite 3900
Chicago, Illinois 60606
Tel.: (312) 984-3100

*Attorneys for Defendants Thomas Fallon, Christian Loughran, Ryan Lively, Alex Poulemanos, Ryan Hermansky, Brian Rowan, Zach Hilton, and Ruben Barciaga*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **HOWMEDICA OSTEONICS CORP.**, a subsidiary of **STRYKER CORPORATION**,<br><br>Plaintiff,<br><br>v.<br><br>**ZIMMER, INC.**, et al.,<br><br>Defendants. | **ECF CASE**<br><br>Civil Action No. 11-1857<br>Hon. Dennis M. Cavanaugh, U.S.D.J.<br>Hon. Joseph A. Dickson, U.S.M.J.<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

Kindly withdraw the appearance of Edward F. Malone of Barack Ferrazzano Kirschbaum & Nagelberg LLP as counsel for Defendants Christian Loughran, Ryan Lively, Alex Poulemanos, Ryan Hermansky, Zach Hilton, Thomas Fallon, Ruben Burciaga and Brian Rowan (the "Individual

Defendants"). Attorneys from McCarter & English, LLP and Barack Ferrazzano Kirschbaum & Nagelberg, LLP will continue to represent the Individual Defendants in this case.

Dated: June 18, 2012

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

By: /s/ Thomas F. Doherty
Thomas F. Doherty
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

-and-

Michael S. Elvin
 (admitted *pro hac vice*)
Heather J. Macklin
 (admitted *pro hac vice*)
Andrew M. Spangler
 (admitted *pro hac vice*)
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG, LLP**
200 W. Madison, Suite 3900
Chicago, IL 60606
(312) 984-3100

*Attorneys for Defendants Christian Loughran, Ryan Lively, Ryan Hermansky, Zach Hilton, Thomas Fallon, Ruben Burciaga, Alex Poulemanos and Brian Rowan*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a copy of the foregoing Notice of Withdrawal of Appearance to be served via the Court's ECF notification system and by electronic mail upon the following counsel:

David M. Monachino, Esq.
James S. Yu, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018-1405
dmonachino@seyfarth.com
jyu@seyfarth.com

Michael D. Wexler, Esq.
Molly M. Joyce, Esq.
Jeffrey P. Swatzell, Esq.
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Ill. 60603
mwexler@seyfarth.com
mjoyce@seyfarth.com
jswatzell@seyfarth.com
*Attorneys for Plaintiff
Howmedica Osteonics Corp.*

Michael L. Banks, Esq.
Troy S. Brown, Esq.
Kenneth L. Racowski, Esq.
MORGAN, LEWIS
 & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
mbanks@morganlewis.com
tsbrown@morganlewis.com
kracowski@morganlewis.com
*Attorneys for Defendants
Zimmer, Inc., Zimmer US, Inc., Zimmer
Spine, Inc., Paul Graveline
and Christopher Giebelhaus*

Dated: June 18, 2012

s/ Thomas F. Doherty
Thomas F. Doherty

ME1 13633684v.1